| | |
|---|---|
| 1  Dwayne Michael Carter<br>   Federal Register Number #09658-068<br>2  FCI Terminal Island<br>   Post Office Box #3007<br>3  San Pedro, California 90731-0207 | AND NOW, THIS 16ᵗʰ DAY OF<br>MAY 12, IT IS HEREBY<br>ORDERED THAT THE WITHIN<br>MOTION IS DENIED.<br><br>*/s/ Gary L. Lancaster*<br>GARY L. LANCASTER,<br>UNITED STATES DISTRICT JUDGE |

4  Petitioner in Pro Se

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE MICHAEL CARTER,<br><br>   Petitioner;<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | CASE NO: 2:07-CR-00110-002<br>[LANCASTER, J.]<br><br>MOTION PURSUANT TO 18 U.S.C.<br>§3583(e)(2) TO MODIFY, REDUCE<br>THE PETITIONER'S TERM OF<br>SUPERVISED RELEASE |

**COMES NOW** the Petitioner, Dwayne Michael Carter, pro se and indigent, and respectfully moves this Court, pursuant to United States Code Statute 18 U.S.C. §3583(e)(2), for a Modification and/or Reduction of the Petitioner's Eight (8) Year Term of Supervised Release. The Three (3) Year Term is running concurrently with the Five (5) Year Term of Supervised Release.

### JURISDICTION

This Court has jurisdiction pursuant to 18 U.S.C. §3583 (e)(2), and because the Petitioner's conviction and sentence

-1-