AND NOW, THIS 6th DAY OF Dec, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Dwayne Michael Carter
Federal Register Number #09658-068
FCI Terminal Island
Post Office Box #3007
San Pedro, California 90731-0207

Petitioner in Pro Se

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE MICHAEL CARTER,<br><br>    Petitioner;<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO: 2:07-CR-00110-002<br>[LANCASTER, J.]<br><br>MOTION PURSUANT TO 18 U.S.C. §3583(e)(2) TO MODIFY, REDUCE THE PETITIONER'S TERM OF SUPERVISED RELEASE |

**COMES NOW** the Petitioner, Dwayne Michael Carter, pro se and indigent, and respectfully moves this Court, pursuant to United States Code Statute 18 U.S.C. §3583(e)(2), for a Modification and/or Reduction of the Petitioner's Eight (8) Year Term of Supervised Release. The Three (3) Year Term is running concurrently with the Five (5) Year Term of Supervised Release.

## JURISDICTION

This Court has jurisdiction pursuant to 18 U.S.C. §3583 (e)(2), and because the Petitioner's conviction and sentence

-1-